UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 5:25-cv-03251-SVW-PVC | Date | April 3, 2026 |
|---|---|---|---|

| Title | *Ikram Alkan v. Marin et al* |
|---|---|

Present: The Honorable    STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**     ORDER GRANTING PETITIONER'S APPLICATION FOR TEMPORARY RESTRAINING ORDER [14].

Before the Court is Petitioner's second ex parte application for a temporary restraining order ("TRO"). ECF No. 14. On March 31, the government filed a response, indicating that it did not intend to file an opposition to Petitioner's request. ECF No. 15. After a request for clarification by this Court, the government clarified that it did not oppose the emergency relief requested in Petitioner's application. ECF No. 17.

Accordingly, Petitioner's application is GRANTED. Respondents are ORDERED to immediately release Petitioner from immigration detention under an Order of Supervision. Respondents are further ORDERED to immediately return to Petitioner any of Petitioner's possessions currently in Respondents' custody. Further, Respondents are ENJOINED from re-detaining Petitioner without a prior determination that Petitioner has violated a condition of release or that there is a significant likelihood that removal will be possible to effect in the reasonably foreseeable future. In the case of such a re-detention, Respondents are ORDERED to promptly conduct an interview with Petitioner, wherein Petitioner has an opportunity to respond to Respondents' basis for re-detention and offer evidence on his behalf. Furthermore, within 7

:

Initials of Preparer    DTA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 5:25-cv-03251-SVW-PVC | Date | April 3, 2026 |
|---|---|---|---|

| Title | *Ikram Alkan v. Marin et al* |
|---|---|

days of such a re-detention, Respondents are ORDERED to provide Petitioner with an individualized bond hearing to determine whether Petitioner is a danger to the community or a flight risk. Finally, Respondents are ORDERED to file with the Court a Notice of Compliance within 3 days of this Order.

**IT IS SO ORDERED.**

:

Initials of Preparer    DTA