JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

IKRAM ALKAN,

Petitioner,

v.

MARIN, et al.,

Respondents.

Case No.: 5:25-cv-03251-SVW-PVC

**~~[PROPOSED]~~ JUDGMENT GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

Having considered the parties' Stipulation for Entry of Judgment Granting Petition for Writ of Habeas Corpus (Dkt. No. 21), and for the reasons stated in the Court's Order Granting Petitioner's Application for Temporary Restraining Order (Dkt. No. 18), the Court **ORDERS**:

1. Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 1) is **GRANTED**.
2. Respondents, their officers, agents, employees, and attorneys, and all persons in active concert or participation with them, are **ENJOINED** from re-detaining Petitioner without a prior determination that Petitioner has violated a condition of release or that there is a significant likelihood that removal will be possible to effect in the reasonably foreseeable future. In the event of such a re-detention, Respondents shall promptly conduct an interview with Petitioner wherein Petitioner has an opportunity to respond to

Respondents' basis for re-detention and offer evidence on his behalf. Furthermore, within 7 days of such a re-detention, Respondents shall provide Petitioner with an individualized bond hearing to determine whether Petitioner is a danger to the community or a flight risk.

3. This Judgment is without prejudice to Respondents' right to assert on appeal their existing documented arguments opposing the granting of habeas relief on the terms provided in Dkt. No. 18.

4. This resolves all claims and is a final order under Fed. R. Civ. P. 54.

It is **SO ORDERED**.

DATED: July 30, 2026

Hon. Stephen V. Wilson
United States District Judge